UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JASON M. CALHOUN,<br><br>　　　　　　　Defendant. | 9:23-PO-5041-KLD<br>9:23-PO-5042-KLD<br>9:23-PO-5043-KLD<br>Ticket Number: F02S001P, F02S001Q and F02S001R<br>Location Code: M10<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, Jason M. Calhoun, called the court in August of 2023 and entered a plea of guilty to the above violations.

　　　　The court imposes the following sentence:

　　　　　　1. Defendant must pay a fine in the amount of $230.00 on each violation plus a $30.00 Special Assessment on each violation for a total of $690.00, Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov . The fine shall be paid as follows: $100.00 per month until paid in full. A partial payment of $105.00 has been made, leaving a balance due of $585.00.

10/6/2023
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge